# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>APISIT LEWIS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:20-mj-108<br>)<br>)<br>)<br>) |

FILED
MAR 13 2020

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 2019 - March 2020   in the county of   Prince William   in the
Eastern   District of   Virginia and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 545 | Smuggling goods into the United States |
| 26 U.S.C. § 5861(a, d, f, i, k) | Possession/manufacturing of unregistered firearms |
| 27 CFR 447.52 | Import restrictions applicable to certain countries (China) |
| 26 U.S.C. § 5844 | Importation of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Nicholas J. Patterson

*Complainant's signature*

Michael T. Gruchacz, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's signature*

Date:  3/13/2020

City and state:   Alexandria, VA

Hon. Theresa Carroll Buchanan, Magistrate Judge
*Printed name and title*