IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-cr-120 |
| APISIT LEWIS, | |
| Defendant. | |

FILED IN OPEN COURT
- 9 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 13, 2020, in the Eastern District of Virginia, the defendant, APISIT LEWIS, knowingly received and possessed firearms, namely, 43 silencers, not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: May 27, 2020            By: _____
Nicholas J. Patterson
Ronald L. Walutes, Jr.
Assistant United States Attorneys