Prob 35 (Rev. 01/01)
VAE (Rev. 07/19)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.   Crim. No. 1:20-CR-00120-TSE-1

APISIT LEWIS

On November 13, 2020, the above-named defendant was placed on probation for a period of three (3) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Nicole Andrews
Digitally signed by Nicole Andrews
Date: 2022.03.09 12:39:05 -05'00'

Nicole R. Andrews
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this ____ day of _March_, 20 _22_.

T.S. Ellis, III
Senior United States District Judge

# TO CLERK'S OFFICE